# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **BRADLEY MANDELA HOUSTON,** *Plaintiff,* v. **Officer MITCHELL,** *et al.,* *Defendants.* | **CIVIL ACTION NO. 5:24-cv-00154-TES-CHW** |

## ORDER ADOPTING RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 32]. Plaintiff Bradley Mandela Houston did not object to the Recommendation in the allotted time. [*Id.* at p. 8]. So, after reviewing it for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. *See* Fed. R. Civ. P. 6(a)(1) and (d); 28 U.S.C. § 636(b)(1). The magistrate judge recommended that Defendants' motion for judgment on the pleadings be granted and that Plaintiff's claim be dismissed. [Doc. 32, p. 8]. Accordingly, Defendants' motion for judgment on the pleadings [Doc. 26] is **GRANTED**, and Plaintiff's claim is **DISMISSED**. [Doc. 1].

**SO ORDERED**, this 18th day of November, 2025.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**