IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRADLEY MANDELA HOUSTON,   *

      Plaintiff,   *

v.   Case No.  5:24-cv-00154-TES-CHW

         *

OFFICER MITCHELL,

         *

      Defendants.

         *

## JUDGMENT

Pursuant to this Court's Order dated 11/18/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of November, 2025.

      David W. Bunt, Clerk

      s/ Erin Pettigrew, Deputy Clerk