IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRADLEY MANDELA HOUSTON, *

        Plaintiff, *

v.    Case No. 5:24-cv-00154-TES-CHW

        *

OFFICER MITCHELL,

        *

        Defendants.

        *

## **J U D G M E N T**

Pursuant to this Court's Order dated 12/23/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of December, 2025.

        David W. Bunt, Clerk

        s/ Erin Pettigrew, Deputy Clerk